E-FILED 02/20/14
JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA — EASTERN DIVISION

| | |
|---|---|
| ESTRELITA JACOB and EDGAR JACOB, an individuals,<br><br>Plaintiffs,<br><br>vs.<br><br>HSBC BANK USA, NA 2006-AR14 DOE PARTNERSHIP 1-100; DOE CORPORATIONS, 1-100; DOE ENTITIES 1-100; AND DOE GOVERNMENTAL UNITS 1-100, and DOES 1-100 inclusive,<br><br>Defendants. | Case No. 5:13-cv-01755 PSG-DTB<br>Hon. Philip S. Gutierrez<br>Crtrm. 880 – Roybal<br><br>[~~PROPOSED~~] JUDGMENT OF DISMISSAL |

55000.0975/3128072.1

1  On December 30, 2013, the Court issued an order (the "Court Order," see
2  ECF No. 29) granting the Motion to Dismiss filed by Defendant HSBC Bank USA,
3  National Association as Trustee for Wells Fargo Asset Securities Corporation,
4  Mortgage Pass-Through Certificates Series 2006-AR14 ("HSBC Bank," sued
5  erroneously sued as "HSBC BANK USA, NA 2006-AR14").  The Court Order
6  indicated that Plaintiffs could file an amended complaint before February 7, 2014;
7  otherwise, the case would be dismissed with prejudice.  Plaintiffs have not filed any
8  amended complaint as of February 18, 2014.

GOOD CAUSE APPEARING THEREFORE,

IT IS ORDERED, ADJUDGED, AND DECREED that HSBC Bank shall have a judgment of dismissal entered in its favor and against Plaintiffs.  Plaintiffs' entire action is dismissed with prejudice as to HSBC Bank.  Plaintiffs shall take nothing against HSBC Bank.

DATED: 2/20/14

**PHILIP S. GUTIERREZ**
PHILIP S. GUTIERREZ
UNITED STATES DISTRICT COURT JUDGE